UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Thomas M. Gould, Clerk*                                                                                      *Deputy-in-Charge*
*242 Federal Building*                                                                                       *U.S. Courthouse, Room 262*
*167 N. Main Street*                                                                                      *111 South. Highland Avenue*
*Memphis, Tennessee 38103*                                                                               *Jackson, Tennessee  38301*
*(901) 495-1200*                                                                                                     *(731) 421-9200*

NOTICE OF SETTING
Before John T. Fowlkes, Jr., United States District Judge

March 12, 2015

RE:     **2:14-cv-02752-JTF**

*Kaplan et al v. Eli Lilly and Company*

Dear Sir/Madam:

A **STATUS CONFERENCE** has been **SET** before **Judge John T. Fowlkes, Jr.** on **Thursday, April 9th, 2015** at **9:00 A.M. to be held in Courtroom #3, 9th floor of the Federal Building, Memphis, Tennessee.**

Out of town Parties may call into Conference Line# 877-848-7030, Access Code# 9411050. Please notify the case manager if out of town parties will be participating by phone.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:     *s/Ross Herrin*,
         Case Manager to Judge John T. Fowlkes, Jr.
         901-495-1331
         ross_herrin@tnwd.uscourts.gov